■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN JOSEY, Appellant.— Permission to prosecute appeal as a poor person granted. Appeal

may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Myron Komar, Esq., 101 Columbia St., Albany, New York, is hereby appointed counsel.